AO 245I   (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense
         Sheet 1

# UNITED STATES DISTRICT COURT

| FOR THE | District of | MASSACHUSETTS |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For a Petty Offense) |
| | CASE NUMBER: 07-846-MBB |
| JASON CIPRIANI | USM NUMBER: N/A |
| | Edward Lee, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   **THE DEFENDANT** pleaded   X guilty   ☐ nolo     to count(s)   TWO and THREE

☐   **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended. | Count |
|---|---|---|---|
| 36 CFR 4.23 (c)(2) | VIOLATION NOTICE: 0701466. Refusal to take a breathalyser test on National Park Service lands. | 7/14/2007 | TWO |
| 36 CFR 4.12 | VIOLATION NOTICE: 0701913. Failure to comply with the directions of a traffic control device. | 7/14/2007 | THREE |

The defendant is sentenced as provided in pages 2 through   3   of this judgment.

☐   **THE DEFENDANT** was found not guilty on count(s) _____

X   Violation Notices   0701465, COUNT ONE     is   dismissed by the Court.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: XXX-XX-8165 | 3/31/2008 |
|---|---|
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: 10/2/1974 | |
| | /s/ Marianne B. Bowler, USMJ |
| | Signature of Judge |
| Defendant's Residence Address. | |
| 83 Country Rd | |
| | MARIANNE B. BOWLER, UNITED STATES MAGISTRATE JUDGE |
| Reading, MA 01867 | Name and Title of Judge |
| | 3/31/2008 |
| | Date |
| Defendant's Mailing Address: | |
| Same as above. | |

AO 245I   (Rev 12/03) Judgment in a Criminal Case for a Petty Offense
         Sheet 3 — Criminal Monetary Penalties

Judgment — Page 2 of 3

DEFENDANT:        Jason Cipriani
CASE NUMBER:      07-846-MBB

## CRIMINAL MONETARY PENALTIES

|        | **Assessment** | **Fine**    | **Processing Fee** |
|--------|----------------|-------------|--------------------|
| TOTALS | $ 20.00        | $1,050.00   | $ 50.00            |

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
|                   |                 |                         |                            |

TOTALS         $ _____        $ _____

☐ Restitution amount ordered pursuant to plea

☐ The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245I (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense
Sheet 4 — Schedule of Payments

Judgment — Page 3 of 3

DEFENDANT: Jason Cipriani
CASE NUMBER: 07-846-MBB

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  x  Lump sum payment of _____ due immediately,

    x  not later than _____60 days_____ , or
    ☐  in accordance with  ☐ C,  ☐ D ☐ E, or  ☐ F below); or

**B**  ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐ Payment during the term of probation will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  **Special instructions regarding the payment of criminal monetary penalties:**

☐ Joint and Several

    Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.